Certificate Number: 05781-PAM-DE-030734222

Bankruptcy Case Number: 13-02120



05781-PAM-DE-030734222

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 17, 2018</u>, at <u>1:57</u> o'clock <u>PM PDT</u>, <u>Charles Prince</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 17, 2018</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>