Certificate Number: 05781-PAM-DE-030734223

Bankruptcy Case Number: 13-02120


05781-PAM-DE-030734223

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2018, at 1:57 o'clock PM PDT, Julie Prince completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 17, 2018  By: /s/Allison M Geving

Name: Allison M Geving

Title: President