UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    CHARLES E. PRINCE, JR.                      Case No.: 1-13-02120-RNO
    JULIE A. PRINCE                            Chapter 13
          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**
Creditor Name:                   FIRST NATIONAL BANK
Court Claim Number:            07
Last Four of Loan Number:      5562
Property Address if applicable:   1636 E. CHOCOLATE AVENUE, HERSHEY, PA 17033

**PART 2:**                  **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.    Allowed prepetition arrearages:                                  $3,080.01
b.    Prepetition arrearages paid by the Trustee:               $3,080.01
c.    Amount of postpetition fees, expenses, and charges recoverable
      Under Bankruptcy Rule 3002.1(c):                                $0.00
d.    Amount of postpetition fees, expenses, and charges recoverable
      Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:    $0.00
e.    Allowed postpetition arrearage:                                 $0.00
f.    Postpetition arrearages paid by the Trustee:                 $0.00
g.    Total b, d, f:                                                        $3,080.01

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $340.63
Next postpetition payment due: MAY, 2018
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

   To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies
   of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 11, 2018	Respectfully submitted,

                                                      <u>s/ Charles J. DeHart, III, Trustee</u>
                                                     Standing Chapter 13 Trustee
                                                     Suite A, 8125 Adams Drive
                                                     Hummelstown, PA 17036
                                                     Phone: (717) 566-6097
                                                     Fax: (717) 566-8313
                                                     eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

CHARLES E. PRINCE, JR.　　　　　　　　Case No.: 1-13-02120-RNO
JULIE A. PRINCE　　　　　　　　　　　　Chapter 13
　　　　Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on June 11, 2018.

CHARLES E. PRINCE, JR.
JULIE A. PRINCE
1636 E. CHOCOLATE AVENUE
HERSHEY, PA  17033


MELANIE L. VANDERAU, ESQUIRE
METTE, EVANS & WOODSIDE
3401 N. FRONT STREET
HARRISBURG, PA,  17110


CHAD J JULIUS ESQUIRE
LAW OFFICES OF LESLIE D JACOBS
8150 DERRY STREET
HARRISBURG PA,  17111-5212


Date: June 11, 2018　　　　　　　　　　s/   Donna Schott
　　　　　　　　　　　　　　　　　　　Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　eMail:  dehartstaff@pamd13trustee.com