```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 13-02120-RNO
Charles E. Prince, Jr.                                          Chapter 13
Julie A. Prince
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman            Page 1 of 2          Date Rcvd: Oct 12, 2018
                               Form ID: 3180W             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db/jdb         +Charles E. Prince, Jr.,   Julie A. Prince,   1636 E. Chocolate Avenue,   Hershey, Pa 17033-1119
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
cr             +Federal National Mortgage Association (Fannie Mae,   Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
cr             +First National Bank of PA,   4140 East State Street,   Hermitage, PA  16148,
                 UNITED STATES 16148-3401
4312444         Briarcliff Pavilion,   249 Maus Dr, Irwin, Pa 15642
4312446        +Chase Home Mortgage, LLC,   PO Box 24696,   Columbus, OH 43224-0696
4312449        +Dauphin County Tax Claim,   Bureau,   Dauphin Cty Admin Building,   2 South Second Street,
                 Harrisburg, Pa 17101-2047
4312450        +Derry Township Tax Collector,   610 Clearwater Road,   Hershey, Pa 17033-2453
4548696         Federal National Mortgage Association,   c/o Seterus Inc.,   PO Box 1047,
                 Hartford, CT  06143-1047
4758771        +First National Bank of PA,   4140 East State Street,   Hermitage, PA 16148-3401
4758772        +First National Bank of PA,   4140 East State Street,   Hermitage, PA  16148,
                 First National Bank of PA,   4140 East State Street,   Hermitage, PA 16148-3401
4312455         Good Samaritan Hospital,   4th and Walnut Streets,   Lebanon, Pa 17042
4312457        +Hershey Medical Center,   500 University Drive,   Hershey Pa 17033-2391
4371447        +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7133,   Columbus, OH 43219-6009
4312459         Jonestown Bank & Trust,   2 E. Market Street,   Jonestown, PA   17038
4312460        +Kuntz Fuel Oil,   Po Box 157,   Camp Hill, Pa 17001-0157
4312462        +Lebanon Valley Credit Union,   300 Schneider Drive,   Lebanon, Pa 17046-4877
4303916        +Metro Bank,   c/o John Robertson, Vice-President,   Asset Recovery Manager,
                 3801 Paxton Street,   Harrisburg, PA 17111-1418
4337955        +Metro Bank,   c/o David Chajkowski,   Vice President Asset Recovery Supervisor,
                 3801 Paxton Street,   Harrisburg, PA 17111-1418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4320068        +EDI: ACCE.COM Oct 12 2018 23:08:00     Asset Acceptance LLC,   P.O. Box 2036,
                 Warren Mi 48090-2036
4312443        +E-mail/Text: ACF-EBN@acf-inc.com Oct 12 2018 19:07:51     Atlantic Credit & Finance,
                 PO Box 13386,   Roanoke, VA 24033-3386
4312445        +EDI: CAPITALONE.COM Oct 12 2018 23:08:00     Capital One/Boscov,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
4312447        +EDI: SEARS.COM Oct 12 2018 23:08:00     Citibank/Sears,   PO Box 6282,
                 Sioux Falls, SD 57117-6282
4312448        +EDI: WFNNB.COM Oct 12 2018 23:08:00     Comenity Bank/Woman Within,   PO Box 182789,
                 Columbus, OH 43218-2789
4312452        +EDI: BLUESTEM Oct 12 2018 23:08:00     Fingerhut,   7777 Golden Triangle Drive,
                 Eden Prairie, MN 55344-3736
4312453        +E-mail/Text: autocollections@essabank.com Oct 12 2018 19:07:52     Franklin Security Bank,
                 24 South River Str,   PO Box 170,   Wilkes Barre, Pa 18703-0170
4312454        +EDI: RMSC.COM Oct 12 2018 23:08:00     GECRB/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
4312458        +EDI: HFC.COM Oct 12 2018 23:08:00     HSBC Card Services/Household,   700 N. Wood Dale Rd.,
                 Wood Dale, IL 60191-1107
4312456        +E-mail/Text: hfcucollections@hersheyfcu.org Oct 12 2018 19:08:07     Hershey FCU,
                 904 E. Chocolate Ave.,   Hershey, PA 17033-1215
4328834        +E-mail/Text: hfcucollections@hersheyfcu.org Oct 12 2018 19:08:07
                 Hershey Federal Credit  Union,   232 Hershey Road,   Hummelstown Pa 17036-9218
4312464        +E-mail/Text: Bankruptcies@nragroup.com Oct 12 2018 19:08:13     National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
4364334         EDI: PRA.COM Oct 12 2018 23:08:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4312465         E-mail/Text: bankruptcynotices@psecu.com Oct 12 2018 19:08:08     PSECU,   PO Box 67013,
                 Harrisburg, PA  17106-7013
4349695         EDI: Q3G.COM Oct 12 2018 23:08:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
4312466         EDI: DRIV.COM Oct 12 2018 23:08:00     Santander Consumer,   Attn: Bankruptcy Dept.,
                 PO Box 560284,   Dallas, TX  75356-0284
4316774         EDI: DRIV.COM Oct 12 2018 23:08:00     Santander Consumer USA,   P.O. Box 560284,
                 Dallas, TX 75356-0284
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Hershey Federal Credit Union
4312451*        Derry Township Tax Collector,   610 Clearwater Road,   Hershey, Pa 17033-2453
4548697*        Federal National Mortgage Association,   c/o Seterus Inc.,   PO Box 1047,
                 Hartford, CT  06143-1047
```

```
District/off: 0314-1                User: REshelman              Page 2 of 2                  Date Rcvd: Oct 12, 2018
                                    Form ID: 3180W               Total Noticed: 36
```

```
cr           ##+Metro Bank,    3801 Paxton Street,    Harrisburg, PA 17111-1418
4312461      ##+Lebanon Surgical Association,    229 s. 4th,    Lebanon, Pa 17042-6112
4312463      ##+Metro Bank,    PO Box 4999,    Harrisburg, Pa 17111-0999
4318139      ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                               TOTALS: 1, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:

```
              Chad J. Julius    on behalf of Debtor 2 Julie A. Prince cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Chad J. Julius    on behalf of Debtor 1 Charles E. Prince, Jr. cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Heather Stacey Riloff    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,  Michelle@mvrlaw.com
              Jeniece Davis    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae") jeniece@mvrlaw.com,  bonnie@mvrlaw.com
              Joshua I Goldman    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae"),
               creditor c/o Seterus, Inc. bkmail@rosicki.com
              Lisa Beth Singer    on behalf of Creditor   Federal National Mortgage Association
               bkmail@rosicki.com
              Melanie Lynn Vanderau    on behalf of Creditor   First National Bank of PA mlvanderau@mette.com,
               jlschade@mette.com
              Melanie Lynn Vanderau    on behalf of Creditor   Metro Bank mlvanderau@mette.com,
               jlschade@mette.com
              Thomas I Puleo    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Charles E. Prince Jr.** | Social Security number or ITIN xxx–xx–5108 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Julie A. Prince** | Social Security number or ITIN xxx–xx–3138 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:13–bk–02120–RNO** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles E. Prince Jr.

Julie A. Prince

**By the court:**

October 12, 2018

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**