In re:  
Charles E. Prince, Jr.  
Julie A. Prince  
      Debtors

Case No. 13-02120-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: REshelman    Page 1 of 1    Date Rcvd: Oct 16, 2018  
                     Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db/jdb      +Charles E. Prince, Jr.,   Julie A. Prince,   1636 E. Chocolate Avenue,   Hershey, Pa 17033-1119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:

        Chad J. Julius   on behalf of Debtor 2 Julie A. Prince cjulius@ljacobsonlaw.com,  
         brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com  
        Chad J. Julius   on behalf of Debtor 1 Charles E. Prince, Jr. cjulius@ljacobsonlaw.com,  
         brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com  
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com  
        Heather Stacey Riloff   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,  Michelle@mvrlaw.com  
        Jeniece Davis   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") jeniece@mvrlaw.com,  bonnie@mvrlaw.com  
        Joshua I Goldman   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Lisa Beth Singer   on behalf of Creditor   Federal National Mortgage Association bkmail@rosicki.com  
        Lisa Beth Singer   on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. bkmail@rosicki.com  
        Melanie Lynn Vanderau   on behalf of Creditor   First National Bank of PA mlvanderau@mette.com,  jlschade@mette.com  
        Melanie Lynn Vanderau   on behalf of Creditor   Metro Bank mlvanderau@mette.com,  jlschade@mette.com  
        Thomas I Puleo   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                                             TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles E. Prince Jr., **Debtor 1** | Chapter 13 |
| Julie A. Prince, **Debtor 2** | Case No. 1:13–bk–02120–RNO |

Social Security No.:
    xxx–xx–5108    xxx–xx–3138

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 16, 2018

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

**fnldec** (05/18)